PROFETA & EISENSTEIN
515 West End Avenue
Suite 1A
New York, New York 10024
(212) 577-6500
Telecopier: (212) 577-6702

Jethro m. eisenstein
email: jethro19@gmail.com

EMAIL: PE1616@GMAIL.COM

fred r. profeta, jr
email: frp713@gmail.com

March 27, 2026

Granted. A status letter is due 3/31/26.
Denise Cote
03/27/2026

VIA ECF

Honorable Denise L. Cote
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Reyes Rivera v. Mullen et al.
26 CV-2509 (DLC)

Dear Judge Cote:

I represent the petitioner, Antonio Reyes Rivera. I am authorized to represent the parties' agreement that at the time the above-noted petition was filed, petitioner was detained at the Orange County Correctional Facility, within the Southern District of New York.

Since the petition was filed, AUSA Brandon Waterman has been informed by ICE that the petitioner has a final order of removal. I was unaware of this, and I have asked for documentation. If it is the case, I will withdraw the petition.

Case 1:26-cv-02509-DLC Document 4 Filed 03/27/26 Page 2 of 2



In view of this development, I request that the conference scheduled for 3 p.m. be postponed. Once I receive the documentation from AUSA Waterman, I will advise the Court of my proposed course of action.

Thank you for your consideration of this request.

Respectfully submitted,

Jethro M. Eisenstein

JME/s
cc: All counsel of record via ECF