Case 1:26-cv-02509-DLC Document 7 Filed 03/31/26 Page 1 of 2

PROFETA & EISENSTEIN
515 WEST END AVENUE
SUITE 1A
NEW YORK, NEW YORK 10024
(212) 577-6500
TELECOPIER: (212) 577-6702

JETHRO M. EISENSTEIN
EMAIL: JETHRO19@GMAIL.COM

EMAIL: PE1616@GMAIL.COM

FRED R. PROFETA, JR
EMAIL: FRP713@GMAIL.COM

March 31, 2026

Status letter is due 8/1/26.
Denise Cote
4/1/26

VIA ECF

Honorable Denise L. Cote
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Reyes Rivera v. Mullen et al.
26 CV-2509 (DLC)

Dear Judge Cote:

I represent the petitioner, Antonio Reyes Rivera. In keeping with your direction, I am filing this status letter.

I have confirmed that the petitioner has a final order of removal dated in 2012, which was reinstated on March 19, 2026. This information makes it clear that the claims in the habeas petition are not viable.

The petitioner filed an I-589 in November, 2025, expressing fear of being returned to Mexico. I am arranging for him to have a Reasonable Fear Interview, which is his right.

Case 1:26-cv-02509-DLC Document 7 Filed 03/31/26 Page 2 of 2



As soon as the Reasonable Fear Interview has been scheduled, I will file a Notice of Dismissal of the petition under Rule 41(a)(1)(A)(i).

Thank you for your prompt consideration of this matter.

Respectfully,

Jethro M. Eisenstein

JME/s
cc: All counsel of record via ECF