**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTONIO REYES RIVERA,<br>*Petitioner,*<br>v.<br>PAUL ARTETA, warden of the Orange County Correctional Facility, JUDITH ALMODOVAR, New York Field Office Director for U.S. Immigration and Customs Enforcement; PAMELA BONDI, Attorney General of the United States; and MARKWAYNE MULLIN, Secretary of Homeland Security, TODD M. LYONS, Acting Director of U.S. Immigration and Customs Enforcement,<br>*Respondents.* | Civil Action No 26-cv-2509 (DLC)<br>NOTICE OF VOLUNTARY DISMISSAL |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Petitioner Antonio Reyes Rivera, by his undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendants above-named.

Dated:
New York, NY
April 8, 2026

Jethro M. Eisenstein

Jethro M. Eisenstein
Profeta & Eisenstein
515 West End Avenue, Suite 1A
New York, New York 10024
(212) 577-6500
jethro19@gmail.com
*Attorneys for Petitioner*

So ordered.
Denise Cote
4/9/26